IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DOUGLAS W. GURNEY,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM INSURANCE COMPANIES, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 2:26-cv-00308-BL-SMD |

**ORDER**

On September 2, 2026, the Magistrate Judge recommended that the court deny the Plaintiff's Motion to Remand and Motion to Strike (doc. 18), grant in part and deny in part Defendant State Farm Insurance Companies' Motion to Dismiss (doc. 5), grant Defendant Chris Robinson's Motion to Dismiss (doc. 6), dismiss the claim against Defendant Lawrence Wayne Hooks, and afford the Plaintiff an opportunity to amend his Complaint to name the proper defendant in his breach-of-contract claim. (Doc. 22). The Magistrate Judge set the deadline for the parties to file objections to the recommendation on or before September 16, 2026. (Doc. 22). On September 20, 2026, the Plaintiff filed a Motion Confirming No Objection to the Report and Recommendation and for Sufficient Time to Amend his Complaint to Allow for Engagement of Counsel. (Doc. 23). To date, no other party has filed an objection to the Report and Recommendation.

After review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation (doc. 22) and **ORDERS** as follows:

1. The Plaintiff's Motion to Remand and Motion to Strike (doc. 18) are **DENIED**.
2. Defendant State Farm Insurance Companies' Motion to Dismiss (doc. 5) is **GRANTED in part** and **DENIED in part**.
    a. The breach-of-contract claim against Defendant State Farm Insurance Companies is **DISMISSED without prejudice** because that named entity did not issue the policy.
    b. The Motion is **DENIED** to the extent it seeks dismissal of the Plaintiff's breach-of-contract claim as time-barred.
3. Defendant Chris Robinson's Motion to Dismiss (doc. 6) is **GRANTED**, and the claim against Defendant Robinson is **DISMISSED with prejudice**.
4. The claim against Defendant Lawrence Wayne Hooks is **DISMISSED with prejudice**.
5. The Plaintiff shall be afforded an opportunity to file an Amended Complaint that names the correct defendant on his breach-of-insurance-contract claim.

a. To the extent that the Plaintiff has moved for sufficient time to amend his complaint (doc. 23), that motion is **GRANTED** and the Plaintiff must, **on or before October 12, 2026**, file a Motion for Leave to Amend and attach as an exhibit the complete proposed Amended Complaint.

**DONE** and **ORDERED** on this the 21st day of September, 2026.

**BILL LEWIS**
UNITED STATES DISTRICT JUDGE